# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE EUGENE SHAW, | Case No. ED CV 20-0119 FMO (SHKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EID TABEL, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 12th day of August, 2020.

/s/
Fernando M. Olguin
United States District Judge