CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Belal I Rahman SBN 302105
328 N State St Suite A
Hemet, Ca 92543
760-497-3781
bill@rahmanlawgroup.com
Attorney for Defendant
Eid Tabel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL EUGENE SHAW,<br><br>   Plaintiff,<br><br>   v.<br><br>EID TABEL; and Does 1-10,<br><br>   Defendants. | Case No.: 5:20-cv-00119-FMO-SHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

   Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1

2  Dated: October 20, 2020        CENTER FOR DISABILITY ACCESS

3

4                                 By: /s/ Amanda Seabock
                                       Amanda Seabock
5                                      Attorneys for Plaintiff

6

7  Dated:

8

9
                                  By: _____
10                                     Belal I Rahman
                                       Attorney for Defendant
11                                     Eid Tabel

12

13

14

15

16

17

18              **SIGNATURE CERTIFICATION**

19

20 I hereby certify that the content of this document is acceptable to Belal I Rahman,

21 counsel for Eid Tabel, and that I have obtained authorization to affix his electronic

22 signature to this document.

23

24 Dated:                          CENTER FOR DISABILITY ACCESS

25
                                  By: _____
26                                     Amanda Seabock
                                       Attorneys for Plaintiff
27

28

Dated: October 20, 2020

By: _____
Belal I Rahman
Attorney for Defendant
Eid Tabel

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Belal I Rahman, counsel for Eid Tabel, and that I have obtained authorization to affix his electronic signature to this document.

Dated:   CENTER FOR DISABILITY ACCESS

By: _____
Amanda Seabock
Attorneys for Plaintiff